UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>    Plaintiff,<br><br>v.<br><br>DIDAR SINGH, et al.,<br><br>    Defendants. | Case No. 15-cv-02167-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 10 |

Plaintiff has filed a notice of voluntary dismissal dated September 15, 2015. ECF No. 10. Since the notice of dismissal was filed before the opposing parties served either an answer or a motion for summary judgment, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This case has been dismissed without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: September 15, 2015

_____
JON S. TIGAR
United States District Judge