UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIDAR SINGH, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-02167-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 12 |

　　　　Plaintiff filed a notice of voluntary dismissal dated September 15, 2015.  ECF No. 10.  On October 1, 2015, Plaintiff filed a notice to clarify that the voluntary dismissal is *with prejudice* and requests that the Clerk of the Court enter the appropriate notation on the docket.  ECF No. 12.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the notice of dismissal with prejudice is effective without court order.

　　　　This case has been dismissed with prejudice. The Clerk shall amend the docket to reflect the change.

Dated: October 1, 2015

_____
JON S. TIGAR
United States District Judge